UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL GOMEZ CASTRILLON,

                Plaintiff,

      v.

BEN-AMUN CO., INC.,

                Defendant.

Docket No.:   1:19-cv-09228-RA-OTW

**ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**

# Counterclaim
# **Exhibit 1**



[2009-23115 ear]

"Square-hoop earring"



[2015-15110 ear]

"Helen-chandelier earring"