UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GOMEZ CASTRILLON,<br><br>            Plaintiff,<br><br>    v.<br><br>BEN-AMUN CO., INC.,<br><br>            Defendant. | Docket No.:   1:19-cv-09228-RA-OTW |

**ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**

# Counterclaim
# Exhibit 2



Screenshot of Castrillon Website – Gallery page

*(rectangles for indication added)*



Screenshot of Castrillon Website – Individual page



Screenshot of Castrillon Website – Individual page