UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GOMEZ CASTRILLON,<br><br>  Plaintiff,<br><br>v.<br><br>BEN-AMUN CO., INC.,<br><br>  Defendant. | Docket No.:   1:19-cv-09228-RA-OTW |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil procedure, the undersigned counsel for Defendant Ben-Amun Co., Inc. ("Ben-Amun") certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock.

Dated:   November 20, 2019              Respectfully Submitted,

/s/Ben D Manevitz/

Ben D. Manevitz
Manevitz Law Firm, LLC
Attorney for Defendant
25 Main Street, Suite 104
Hackensack, NJ  07601-7032
ben@manevitzlaw.com
tel: (973) 594 - 6529
fax: (973) 689 - 9529

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GOMEZ CASTRILLON,<br><br>   Plaintiff,<br><br> v.<br><br>BEN-AMUN CO., INC.,<br><br>   Defendant. | Docket No.:   1:19-cv-09228-RA-OTW |

## AFFIDAVIT OF SERVICE

I hereby certify that a true and complete copy of the foregoing Defendant's RULE 7.1 DISCLOSURE STATEMENT was filed using the Court's CM/ECF system, which will send electronic notice of same to all counsel of record. In addition, an additional copy of the document was served on Plaintiff by email to Plaintiff's counsel.

Dated:   November 20, 2019      Respectfully Submitted,

                /s/Ben D Manevitz/

                Ben D. Manevitz
                Manevitz Law Firm, LLC
                Attorney for Defendant
                25 Main Street, Suite 104
                Hackensack, NJ  07601-7032
                ben@manevitzlaw.com
                tel: (973) 594 - 6529
                fax: (973) 689 - 9529