**MANEVITZ LAW FIRM**

*Intellectual Property Counseling,
Prosecution, Enforcement and Litigation*

25 Main Street, Suite 104
Hackensack, NJ  07601-7032
tel:  973-594-6529
fax: 973-689-9529
http://manevitzlawfirm.com

BEN D. MANEVITZ
Principal
ben@ManevitzLaw.com

admissions:
NY   NJ   SDNY   EDNY   DNJ

December 18, 2019

**by ECF**
Honorable Ronnie Abrams, U.S.D.J.
US District Court for the S.D.N.Y.
Thurgood Marshall United States Courthouse
40 Foley Square Courtroom 1106
New York, NY 10007

Re:  *Castrillon v. Ben-Amun Co., Inc.*, 1:19-cv-09228-RA

Dear Judge Abrams:

Your Honor's Order of October 15, 2019 (Dkt 4) set the initial status conference in the above-captioned matter for this Friday, December 20, at 2:45pm.  In entering the conference on my calendar, I mistakenly understood the conference as scheduled for the morning session, and only realized my error this afternoon.  Because of religious obligations, I will not be able to appear in-person for the Friday afternoon conference.

I hereby request that the Court, at its discretion:  (a) reschedule the conference for the morning of Dec. 20; (b) reschedule the initial status conference for the morning of another Friday; or (c) maintain the current schedule but allow counsel to appear telephonically.

As to rescheduling, Defendant's counsel is available in the morning of any of the next four or five Fridays except for Friday January 3, 2020.  Also, if the Court would prefer to maintain the original schedule but allow Defendant's counsel to appear by telephone, Plaintiff's counsel has asked that he also be allowed to appear by telephone.

Plaintiff's counsel has consented generally to this request, although I did not clear the specific proposed dates with him.  There have been no previous requests for extensions of time made by either counsel in this matter.

I apologize for my misunderstanding and I thank the Court for its indulgence.

Respectfully Submitted,

Ben D. Manevitz

20191218 ltr-mot resched isc