USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Daniel Gomez Castrillon,

                Plaintiff,

        v.

Ben-Amun Co., Inc.,

                Defendant.

No. 19-CV-9228 (RA)

MEDIATION REFERRAL ORDER

RONNIE ABRAMS, United States District Judge:

    Defendant's request to adjourn the initial conference is GRANTED. In the Court's experience, cases involving copyright claims often benefit from early mediation. To that end, it is hereby ORDERED that this case is referred to the Mediation Office for settlement purposes under Local Civil Rule 83.9. The parties are hereby notified that Local Rule 83.9 shall govern the mediation, and the parties are directed to participate in the mediation in good faith. The Court specifically requests that a mediator with expertise in copyright matters be assigned. No later than **one week** after the conclusion of all mediation proceedings in this case, the parties are directed to notify the Court whether they successfully resolved the case in mediation.

    To facilitate prompt mediation, the Court ORDERS Plaintiff: to produce to Defendant at least three business days in advance of any mediation session, copies of records sufficient to show the royalty paid the last three times the pictures that are at issue in this case were licensed, as well as the number of times the pictures were licensed in the last five years; if the pictures at issue have never been licensed, Plaintiff must expressly certify that fact to Defendant.

SO ORDERED.

Date: December 19, 2019
       New York, NY

_____
Ronnie Abrams
United States District Judge