USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/30/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Daniel Gomez Castrillon,

            Plaintiff,

v.

Ben-Amun Co., Inc.,

            Defendant.

No. 19-CV-9228 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court hereby withdraws this matter from mediation and reschedules the initial pretrial conference for January 10, 2020 at 11:15 a.m.

SO ORDERED.

Date: December 30, 2019
      New York, NY

Ronnie Abrams
United States District Judge